IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ALFARENTINO GLAZE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-001 |
| | ) | |
| ANDREW MCFARLANE, Warden; | ) | |
| AMY CHARBONNEAU, Lieutenant; | ) | |
| and KIRBY, CO II, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 7, 2025, the Court granted Plaintiff, an inmate at Telfair State Prison in Helena, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 4.) Plaintiff returned his Consent to Collection of Fees form, (doc. no. 5), but he did not return the Prisoner Trust Fund Account Statement signed by an authorized prison official.[1] Plaintiff cannot proceed IFP unless he submits the requisite, completed Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002).

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a

---

[1] Plaintiff did submit an amended complaint as directed. (See doc. no. 6.)

Prisoner Trust Fund Account Statement with that service copy.  The Clerk shall also enclose a copy of the Prisoner Trust Fund Account Statement with Plaintiff's service copy of this Order.  The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff.  Plaintiff must then return the Trust Fund Account Statement to the Court by no later than **February 28, 2025**.  Failure to timely return the required paperwork will be an election to have this case dismissed without prejudice.

    SO ORDERED this 13th day of February, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA